UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| SPALDING, RUSSELL R | § § § | Case No. 10-19902 |
| Debtors(s) | § § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/01/2010. The undersigned trustee was appointed on 06/11/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 8,639.43 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 11,360.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/15/2015 and the deadline for filing governmental claims was 09/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,750.00, for a total compensation of $2,750.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $38.55 for total expenses of $38.55

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 09/15/2017                         By : /s/ Joseph A. Baldi
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: 10-19902 | Trustee Name: Joseph A. Baldi |
| Case Name: SPALDING, RUSSELL R | Date Filed (f) or Converted (c): 05/01/2010 (f) |
| Judge: Deborah L. Thorne | 341(a) Meeting Date: 07/08/2010 |
| For Period Ending: 09/15/2017 | Claims Bar Date: 09/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| | | | | | |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 20111 Oak Lane, Lynwood, Illinois 60411 - | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Checking Account ending 5159 | 539.90 | 0.00 | | 0.00 | FA |
| 3. Heights Auto Workers Credit Union Account ending 2 | 513.22 | 0.00 | | 0.00 | FA |
| 4. Couch, 2 Chairs - located in storage unit | 100.00 | 0.00 | | 0.00 | FA |
| 5. Bed, Futon, Dresser, TV, DVD Player, VCR, Stereo, | 550.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. Bowling Ball, Pool Cue | 25.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 9. CUNA AD&D Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Ford Pension | Unknown | 0.00 | | 0.00 | FA |
| 11. Ford Tax-Efficient Savings Plan - Hourly Employee | 14,947.01 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (refund after $2,500.46 setoff) | 811.54 | 0.00 | | 0.00 | FA |
| 13. 1998 Pontiac Grand Prix | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Suzuki 750 | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. Claim for employment discrimination v. Ford (u) | Unknown | Unknown | | 20,000.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 10-19902 | Judge: Deborah L. Thorne | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPALDING, RUSSELL R | | Date Filed (f) or Converted (c): 05/01/2010 (f) |
| | | 341(a) Meeting Date: 07/08/2010 |
| For Period Ending: 09/15/2017 | | Claims Bar Date: 09/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 63,086.67 | 0.00 | | 20,000.00 | 0.00 |

Re Prop. #1   former marital condominium
Stay lifted per order 7/23/10 [dkt 20]
Re Prop. #15   Trustee retained counsel to assist in liquidating claim.  Trustee negotiated a settlement of the claim for a payment to the Estate of $20,000.00.  The proposed settlement was approved by this Court on July 13, 2017 [dkt 41].

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 2017:  Trustee received settlement proceeds and paid special counsel the fees and expenses awarded per order [dkt 41].  Trustee reviewed claims and prepared his TFR.

July 2017:  Trustee reached a settlement with the parties and filed a motion to approve the proposed settlement which was approved by this Court pursuant to an order dated 7/13/17 [dkt 41].  Upon recovery of the settlement proceeds, Trustee will pay the allowed compensation and expense reimbursement of his special counsel.  Thereafter, Trustee will review claims, attend to Estate tax matters and prepare his TFR.

June 2016:  Factual discovery concluded and expert discover is ongoing.  In January 2016, Defendant filed a motion opposing additional discovery.  Plaintiff's responded (Trustee filed a brief in response).  In April 2016, the Judge in District Court assigned the case to a Magistrate Judge for discovery supervision.  In June 2016, the Magistrate set status on the discovery motions for "a later date."  The District Court case and discovery motions remain pending.  This case will remain open pending resolution of the District Court case.

July 24, 2015, 12:22 pm   Case originally closed as a no-asset with no distribution to creditors.  Case reopened on 6/9/15 upon motion of Trustee to administer the Estate's interest in a pre-petition employment discrimination lawsuit against Ford Motor Company to which Debtor was a party ("Claim").  Debtor did not disclose the Claim on his schedules or in his testimony at the section 341 meeting.  Trustee reappointed on 6/10/15.  Trustee authorized to retain attorneys and special counsel to liquidate the Claim.  Claims bar date is fixed to expire in September 2015

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-19902 | Judge: | Deborah L. Thorne | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPALDING, RUSSELL R | | | Date Filed (f) or Converted (c): | 05/01/2010 (f) |
| | | | | 341(a) Meeting Date: | 07/08/2010 |
| For Period Ending: | 09/15/2017 | | | Claims Bar Date: | 09/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2017        **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**    /s/Joseph A. Baldi        **Date:** 09/15/2017
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-19902 | Trustee Name: Joseph A. Baldi |
| Case Name: SPALDING, RUSSELL R | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5617 Checking Account |
| Taxpayer ID No: **-***1407 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/15/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | [15] | Ford Motor Company<br>One American Road, Rm. 437<br>Dearborn, MI 48126 | Settlement - Discrimination/Retaliation Claim v. Ford Motor Company per order 7/13/17 [dkt 41] | 1249-000 | 20,000.00 | | 20,000.00 |
| 08/17/2017 | 51001 | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | Trustee's Special Counsel Fees Allowed Per Court Order Dated July 13, 2017 [dkt 41] | 3210-600 | | 6,666.67 | 13,333.33 |
| 08/17/2017 | 51002 | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | Trustee's Special Counsel Expenses Allowed Per Court Order Dated July 13, 2017 [dkt 41] | 3220-610 | | 1,972.76 | 11,360.57 |

| | | |
|---|---|---|
| Page Subtotals | 20,000.00 | 8,639.43 |
| **COLUMN TOTALS** | 20,000.00 | 8,639.43 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 20,000.00 | 8,639.43 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 20,000.00 | 8,639.43 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: 20,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: 8,639.43 | ******5617 Checking Account | 20,000.00 | 8,639.43 | |
| All Accounts Net: 11,360.57 | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19902 | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPALDING, RUSSELL R | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5617 Checking Account |
| Taxpayer ID No: | **-***1407 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/15/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 20,000.00 | 8,639.43 | 11,360.57 |

| Case: 10-19902 | | | | | | Joseph A. Baldi Trustee |
|---|---|---|---|---|---|---|
| SPALDING, RUSSELL R | | CLAIMS REGISTER | | | | Dated: Sep 15, 2017 |
| | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 2,750.00 | 2,750.00 | 0.00 | 2,750.00 | 0.00 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200-000<br>ADMIN | Valid To Pay | 38.55 | 38.55 | 0.00 | 38.55 | 0.00 |
| | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110-000<br>ADMIN | Valid To Pay | 4,965.00 | 4,965.00 | 0.00 | 4,965.00 | 0.00 |
| | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | 3210-600<br>ADMIN | Valid To Pay | 6,666.67 | 6,666.67 | 6,666.67 | 0.00 | 0.00 |
| | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | 3220-610<br>ADMIN | Valid To Pay | 1,972.76 | 1,972.76 | 1,972.76 | 0.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **16,392.98** | **16,392.98** | **8,639.43** | **7,753.55** | **0.00** |

Case: 10-19902                                           Joseph A. Baldi Trustee
SPALDING, RUSSELL R                 CLAIMS REGISTER      Dated: Sep 15, 2017
                                                         EXHIBIT C Page 2

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC<br>P. O. Box 62180<br>Colorado springs, CO 80962 | 7100-000 UNSEC | Valid To Pay | 17,703.24 | 17,703.24 | 0.00 | 3,607.02 | 14,096.22 |
| **UNSECURED TOTAL** | | | | **17,703.24** | **17,703.24** | **0.00** | **3,607.02** | **14,096.22** |
| **REPORT TOTALS** | | | | **34,096.22** | **34,096.22** | **8,639.43** | **11,360.57** | **14,096.22** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   10-19902
Case Name:   SPALDING, RUSSELL R

Trustee Name:   Joseph A. Baldi

       Balance on Hand       $11,360.57

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Joseph A. Baldi | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee, Expenses: Joseph A. Baldi | $ 38.55 | $ 0.00 | $ 38.55 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd | $ 4,965.00 | $ 0.00 | $ 4,965.00 |
| Attorney for Trustee, Expenses: John Moynihan | $ 1,972.76 | $ 1,972.76 | $ 0.00 |
| Other: John Moynihan | $ 6,666.67 | $ 6,666.67 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 7,753.55
Remaining Balance   $ 3,607.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,703.24 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC | $ 17,703.24 | $ 0.00 | $ 3,607.02 |
| Total to be paid to timely general unsecured creditors | | | | $ 3,607.02 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.43% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest