UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
SPALDING, RUSSELL R § Case No. 10-19902
 §
 Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $41,339.66 (Without deducting any secured claims) | Assets Exempt: $21,747.01 |
| Total Distributions to Claimants: $3,607.02 | Claims Discharged Without Payment: $28,545.00 |
| Total Expenses of Administration: $16,392.98 | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $16,392.98 | $16,392.98 | $16,392.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,300.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $34,415.46 | $17,703.24 | $17,703.24 | $3,607.02 |
| **TOTAL DISBURSEMENTS** | $43,715.46 | $34,096.22 | $34,096.22 | $20,000.00 |

4) This case was originally filed under chapter 7 on 05/01/2010. The case was pending for 92 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  01/09/2018    By :  /s/ Joseph A. Baldi
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Claim for employment discrimination v. Ford | 1249-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford National Employee | | $1,000.00 | NA | NA | $0.00 |
| | Ford National Employee | | $7,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $8,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| John Moynihan | 3210-600 | NA | $6,666.67 | $6,666.67 | $6,666.67 |
| John Moynihan | 3220-610 | NA | $1,972.76 | $1,972.76 | $1,972.76 |
| Baldi Berg, Ltd | 3110-000 | NA | $4,965.00 | $4,965.00 | $4,965.00 |
| Joseph A. Baldi | 2200-000 | NA | $38.55 | $38.55 | $38.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,392.98 | $16,392.98 | $16,392.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | NA | NA | NA | $0.00 |
| | Shanlonda Spalding | | $1,300.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,300.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY | 7100-000 | $19,966.68 | $17,703.24 | $17,703.24 | $3,607.02 |
| | Chase | | $7,089.38 | NA | NA | $0.00 |
| | Fisher and Shapiro | | NA | NA | NA | $0.00 |
| | Freedman, Anselmo Lindberg & | | NA | NA | NA | $0.00 |
| | Heights Auto Workers Credit | | $1,198.68 | NA | NA | $0.00 |
| | Internal Revenue Service | | $2,480.60 | NA | NA | $0.00 |
| | Ira Silverstein | | $1,120.00 | NA | NA | $0.00 |
| | Retail Services | | $2,450.12 | NA | NA | $0.00 |
| | Wellness Group Heatlh Partners | | $110.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,415.46 | $17,703.24 | $17,703.24 | $3,607.02 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 10-19902  Judge: Deborah L. Thorne  Trustee Name: Joseph A. Baldi
Case Name: SPALDING, RUSSELL R  Date Filed (f) or Converted (c): 05/01/2010 (f)
341(a) Meeting Date: 07/08/2010
For Period Ending: 01/09/2018  Claims Bar Date: 09/15/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 20111 Oak Lane, Lynwood, Illinois 60411 - | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. Chase Checking Account ending 5159 | 539.90 | 0.00 | | 0.00 | FA |
| 3. Heights Auto Workers Credit Union Account ending 2 | 513.22 | 0.00 | | 0.00 | FA |
| 4. Couch, 2 Chairs - located in storage unit | 100.00 | 0.00 | | 0.00 | FA |
| 5. Bed, Futon, Dresser, TV, DVD Player, VCR, Stereo, | 550.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. Bowling Ball, Pool Cue | 25.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 9. CUNA AD&D Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Ford Pension | Unknown | 0.00 | | 0.00 | FA |
| 11. Ford Tax-Efficient Savings Plan - Hourly Employee | 14,947.01 | 0.00 | | 0.00 | FA |
| 12. Tax Refund (refund after $2,500.46 setoff) | 811.54 | 0.00 | | 0.00 | FA |
| 13. 1998 Pontiac Grand Prix | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Suzuki 750 | 4,000.00 | 0.00 | | 0.00 | FA |
| 15. Claim for employment discrimination v. Ford (u) | Unknown | Unknown | | 20,000.00 | FA |

Case 10-19902   Doc 49   Filed 01/25/18   Entered 01/25/18 14:01:39   Desc Main
          Document      Page 6 of 9

Page 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 10-19902  
Case Name: SPALDING, RUSSELL R  
For Period Ending: 01/09/2018  

Judge: Deborah L. Thorne  

Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 05/01/2010 (f)  
341(a) Meeting Date: 07/08/2010  
Claims Bar Date: 09/15/2015  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 63,086.67 | 0.00 | | 20,000.00 | 0.00 |

Re Prop. #1   former marital condominium  
Stay lifted per order 7/23/10 [dkt 20]  
Re Prop. #15   Trustee retained counsel to assist in liquidating claim.  Trustee negotiated a settlement of the claim for a payment to the Estate of $20,000.00.  The proposed settlement was approved by this Court on July 13, 2017 [dkt 41].

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 2017:  Trustee received settlement proceeds and paid special counsel the fees and expenses awarded per order [dkt 41].  Trustee reviewed claims and prepared his TFR.

July 2017:  Trustee reached a settlement with the parties and filed a motion to approve the proposed settlement which was approved by this Court pursuant to an order dated 7/13/17 [dkt 41].  Upon recovery of the settlement proceeds, Trustee will pay the allowed compensation and expense reimbursement of his special counsel.  Thereafter, Trustee will review claims, attend to Estate tax matters and prepare his TFR.

June 2016:  Factual discovery concluded and expert discover is ongoing.  In January 2016, Defendant filed a motion opposing additional discovery.  Plaintiff's responded (Trustee filed a brief in response).  In April 2016, the Judge in District Court assigned the case to a Magistrate Judge for discovery supervision.  In June 2016, the Magistrate set status on the discovery motions for "a later date."  The District Court case and discovery motions remain pending.  This case will remain open pending resolution of the District Court case.

July 24, 2015, 12:22 pm   Case originally closed as a no-asset with no distribution to creditors.  Case reopened on 6/9/15 upon motion of Trustee to administer the Estate's interest in a pre-petition employment discrimination lawsuit against Ford Motor Company to which Debtor was a party ("Claim").  Debtor did not disclose the Claim on his schedules or in his testimony at the section 341 meeting.  Trustee reappointed on 6/10/15.  Trustee authorized to retain attorneys and special counsel to liquidate the Claim.  Claims bar date is fixed to expire in September 2015

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-19902 | Judge: | Deborah L. Thorne | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | SPALDING, RUSSELL R | | | Date Filed (f) or Converted (c): | 05/01/2010 (f) |
| | | | | 341(a) Meeting Date: | 07/08/2010 |
| For Period Ending: | 01/09/2018 | | | Claims Bar Date: | 09/15/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2017   **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**   /s/Joseph A. Baldi    **Date:** 01/09/2018
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-19902 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPALDING, RUSSELL R | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5617 Checking Account |
| Taxpayer ID No: | **-***1407 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/08/2017 | [15] | Ford Motor Company<br>One American Road, Rm. 437<br>Dearborn, MI 48126 | Settlement - Discrimination/Retaliation Claim v. Ford Motor Company per order 7/13/17 [dkt 41] | 1249-000 | 20,000.00 | | 20,000.00 |
| 08/17/2017 | 51001 | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | Trustee's Special Counsel Fees Allowed Per Court Order Dated July 13, 2017 [dkt 41] | 3210-600 | | 6,666.67 | 13,333.33 |
| 08/17/2017 | 51002 | John Moynihan<br>Cooney Corso & Moynihan LLC<br>1311 Butterfield Rd, Ste. 308<br>Downers Grove, IL 60515 | Trustee's Special Counsel Expenses Allowed Per Court Order Dated July 13, 2017 [dkt 41] | 3220-610 | | 1,972.76 | 11,360.57 |
| 11/29/2017 | 51003 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 2,750.00 | 8,610.57 |
| 11/29/2017 | 51004 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee expenses | 2200-000 | | 38.55 | 8,572.02 |
| 11/29/2017 | 51005 | Baldi Berg, Ltd<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 4,965.00 | 3,607.02 |
| | | | Page Subtotals | | 20,000.00 | 16,392.98 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-19902 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SPALDING, RUSSELL R | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5617 Checking Account |
| Taxpayer ID No: | **-***1407 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/9/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/29/2017 | 51006 | FORD MOTOR CREDIT COMPANY LLC<br>P. O. Box 62180<br>Colorado springs , CO 80962 | Disb of 20.37% to Claim #000001<br>Per POC--mail payment to<br>Ford Motor Credit Company, LLC<br>Dept 55953<br>P.O. Box 55000<br>Detroit, MI 48255-0953 | 7100-000 | | 3,607.02 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| Page Subtotals | | 0.00 | 3,607.02 |
| **COLUMN TOTALS** | | 20,000.00 | 20,000.00 |
| Less:Bank Transfer/CD's | | 0.00 | 0.00 |
| **SUBTOTALS** | | 20,000.00 | 20,000.00 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 20,000.00 | 20,000.00 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 20,000.00 |
| All Accounts Gross Disbursements: | 20,000.00 |
| All Accounts Net: | 0.00 |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5617 Checking Account | 20,000.00 | 20,000.00 | |
| **Net Totals** | 20,000.00 | 20,000.00 | 0.00 |